# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley, | No. CV-20-01944-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Safeway Incorporated, | |
| Defendant. | |

On January 20, 2021, Plaintiff applied for entry of default against Defendant Safeway Incorporated (Doc. 11). On January 26, 2021 the Clerk entered default pursuant to Federal Rule of Civil Procedure 55(a) (Doc. 12). As of the date of this order, Plaintiff has not moved the Court for entry of default judgment against Defendant Safeway Incorporated. Accordingly,

**IT IS ORDERED** that Plaintiff shall have fourteen (14) days from the date of this order to file a motion for entry of default judgment. If Plaintiff fails to file a motion for entry of default judgment or request a good-cause extension of time, the Clerk of the Court is directed to terminate this case without further order.

Dated this 3rd day of February, 2021.

Douglas L. Rayes
United States District Judge